

**In re Len C. KRETCHMAN and David Geske.**

No. 04–1449.

United States Court of Appeals, Federal Circuit.

April 8, 2005.

Before CLEVENGER, GAJARSA, and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**In re Len C. KRETCHMAN and David Geske.**

No. 04–1448.

United States Court of Appeals, Federal Circuit.

April 8, 2005.

Before CLEVENGER, GAJARSA, and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**BIRD BARRIER OF AMERICA, INC., Appellant,**

v.

**NIXALITE OF AMERICA INC., Appellee.**

No. 04–1524.

United States Court of Appeals, Federal Circuit.

April 8, 2005.

Before MAYER, LOURIE, and RADER, Circuit Judges.